Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boutonnieres the same in all material respects as those the subject of Abstract 54274, the claim of the plaintiff was sustained.

**No. 55866.**—Magnus, Mabee'&'Reynard, Inc., et al. v. United States, protests 125267–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chaulmoogra oil similar in all material respects to that the subject of United States v. Magnus, Mabee & Reynard, Inc. (39 C. C. P. A. 1, C. A. D. 455), the claim for free entry under paragraph 1669 was sustained.

**No. 55867.**—Freedman & Slater, Inc. v. United States, protest 143130–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55868.**—Kossmann & Co., Inc. v. United States, protests 170393–K and 170394–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55869.**—Kopf Manufacturing Co. v. United States, protest 169223–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

**No. 55870.**—Kopf Mfg. Co., Inc. v. United States, protests 170452–K and 171163–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects .to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 12, 1951

**No. 55871.**—Naef Watch Company *v.* United States, protest 127568–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of $1.20 each as watch movements more than $\frac{9}{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55872.**—Nastrix Watch Company *v.* United States, protests 141893–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra*.

BEFORE THE THIRD DIVISION, SEPTEMBER 12, 1951

**No. 55873.**—Paolo Alonge, Inc., et al. *v.* United States, protests 160325–K, etc. (New York).